UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

RODOLF NIKOLLAJ, *individually and on behalf of all other persons similarly situated,*

    Plaintiff,

–against–

GREYSTONE OWNER LLC,

    Defendant.

No. 12 Civ. 3142 (NRB)

~~PROPOSED~~ ORDER

AND NOW, THIS _6_ DAY OF AUGUST, 2012, the Court having reviewed the pleadings in this case executed by Plaintiff Rodolf Nikollaj and considered applicable case law, and the Parties having appeared before the Court on August 1, 2012 to present the material terms of the Settlement Agreement and General Release of All Claims on the public record, and for good cause shown, it is ORDERED, ADJUDGED and DECREED that:

1. The Settlement Agreement and General Release of All Claims: (a) is fair to all Parties; (b) reasonably resolves a bona fide disagreement between the Parties with regard to the merits of Plaintiff's claims; and (c) demonstrates a good faith intention by the Parties that the Plaintiff's claims for liability and damages be fully and finally resolved and not relitigated in whole or in part at any point in the future. The Settlement Agreement and General Release of All Claims is therefore APPROVED by the Court.

2. This lawsuit and the claims of Plaintiff are DISMISSED WITH PREJUDICE in their entirety.

3. Each party shall bear his/its own costs, including attorneys' fees.

**SO ORDERED.**

_____
Hon. Naomi Reice Buchwald

Date: August 6, 2012